IN THE UNITED STATES DISTRICT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION,<br><br>Defendant. | Case No.: 2:14-cv-01353-RCM<br><br><br><br>Filed Electronically |

# DEFENDANT KOHL'S CORPORATION'S NOTICE OF WITHDRAWAL OF MOTION TO DISMISS [DKT. 6]

Defendant Kohl's Corporation ("Kohl's"), by and through its undersigned counsel, hereby withdraws its Notice of Motion and Motion to Dismiss (Dkt. 6) filed on November 3, 2014.  Kohl's requests that this Court withdraw it from the docket.

Dated:  November 24, 2014           Respectfully submitted,

                                             /s/ Melinda Evans

                                       Matthew R. Orr (CA 211097) (*Pro Hac Vice*)
                                       morr@calljensen.com
                                       Melinda Evans (CA 216594) (*Pro Hac Vice*)
                                       mevans@calljensen.com
                                       Michael S. Orr (CA 196844) (*Pro Hac Vice*)
                                       msorr@calljensen.com
                                       CALL & JENSEN
                                       A Professional Corporation
                                       610 Newport Center Drive, Suite 700
                                       Newport Beach. CA 92660
                                       Tel: (949) 717-3000
                                       Fax: (949) 717-3100

                                       Attorneys for Defendant Kohl's Corporation