# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL,<br>individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br> v.<br><br>KOHL'S CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-01353<br><br>Filed Electronically |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Sarah Heinzl, by and through her undersigned counsel, and hereby advises this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated: July 28, 2015

Respectfully Submitted,

*/s/ Benjamin J. Sweet*
R. Bruce Carlson (PA56657)
bcarlson@carlsonlynch.com
Benjamin J. Sweet (PA87338)
bsweet@carlsonlynch.com
Stephanie Goldin (PA202865)
sgoldin@carlsonlynch.com
CARLSON LYNCH SWEET &
 KILPELA LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p) 412 322-9243
(f) 412 231-0246

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 28th day of July, 2015.

<u>*/s/ Benjamin J. Sweet*</u>