IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH HEINZL, *individually and on behalf of all other similarly situated*, | ) ) | |
| Plaintiff, | ) | Civil Action No. 2:14-1353 |
| | ) | |
| vs. | ) | Magistrate Judge Robert C. Mitchell |
| | ) | |
| KOHL'S CORPORATION, | ) | |
| Defendant. | ) | |

**O R D E R**

AND NOW this 28th day of July, 2015, the Court having been advised that the above captioned case has settled, and it appearing that there is no further action required by the court at this time,

IT IS HEREBY ORDERED that the Clerk mark the above-captioned case closed pending the parties filing a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41; that nothing contained in this Order shall be considered a dismissal or disposition of this action, and, that should further proceedings therein become necessary or desirable, either party may initiate them in the same manner as if the Order had not been entered, and,

IT IS FURTHER ORDERED that all hearings and deadlines in this case are cancelled, and

IT IS FURTHER ORDERED that the Court expressly retains jurisdiction in this matter to consider any issue arising during the period when settlement is being finalized, including, but not limited to, enforcing settlement.

s/Robert C. Mitchell
ROBERT C. MITCHELL
UNITED STATES MAGISTRATE JUDGE

cc: All parties of record *via CM/ECF electronic filing*