# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH HEINZL,<br>individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>KOHL'S CORPORATION,<br><br>    Defendant. | Case No. 2:14-cv-01353<br><br>Filed Electronically |

## STIPULATION OF DISMISSAL

Plaintiff, Sarah Heinzl, and Defendant, Kohl's Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice;

2. No motion for class certification has been filed and no class has been certified in this action; therefore, class notice and court approval of this dismissal are not required under the Federal Rules; and

3. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet* | */s/ Matthew R. Orr* |
| Benjamin J. Sweet (ID No. 87338) | Melinda Evans (CA 216594) (*Pro Hac Vice*) |
| R. Bruce Carlson (ID No. 56657) | Matthew R. Orr (CA 211097) (*Pro Hac Vice*) |
| Stephanie Goldin (ID No. 202865) | Michael S. Orr (CA 196844) (*Pro Hac Vice*) |
| CARLSON LYNCH SWEET & KILPELA, LLP | Call & Jensen, APC |
| PNC Park | 610 Newport Center Drive, Suite 700 |
| 115 Federal Street, Suite 210 | Newport Beach. CA 92660 |
| Pittsburgh, PA 15212 | Tel: (949) 717-3000 |
| (412) 322-9243 | Fax: (949) 717-3100 |
| (412) 231-0246 (Facsimile) | mevans@calljensen.com |
| bcarlson@carlsonlynch.com | morr@calljensen.com |
| bsweet@carlsonlynch.com | msorr@calljensen.com |
| sgoldin@carlsonlynch.com | |
| | Attorneys for Defendant |
| Attorneys for Plaintiff | |